UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ERICK WAYNE GRISSOM, | : | VIOLATIONS: |
| Defendant. | : | 18 U.S.C. § 1542 |
| | : | (False Statement In Application For |
| | : | Passport) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about September 19, 2006, within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, the venue of the United States District Court for the District of Columbia, defendant, **ERICK WAYNE GRISSOM**, willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for the use of another, namely, his minor child, C.G., the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that the minor child C.G.'s mother consented to the issuance of C.G.'s passport, which statement the defendant knew to be false.

(**False Statement In Application for Passport,** in violation of Title 18, United States Code, Section 1542)

## COUNT TWO

On or about September 19, 2006, within the extraterritorial jurisdiction of the United States and, pursuant to Title 18, United States Code, Section 3238, the venue of the United States District Court for the District of Columbia, defendant, **ERICK WAYNE GRISSOM**, willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for the use of another, namely, his minor child, Q.G., the issuance of a passport under the authority of the United States, and contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that the minor child Q.G.'s mother consented to the issuance of Q.G.'s passport, which statement the defendant knew to be false.

(**False Statement In Application for Passport,** in violation of Title 18, United States Code, Section 1542)

A TRUE BILL

FOREPERSON

Attorney for the United States in
and for the District of Columbia.