# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO. 08-CR-210 |
| | : | |
| ERICK WAYNE GRISSOM, | : | |
|     Defendant. | : | |
| | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

Please note the appearance of Joel R. Zuckerman and James S. Maxwell on behalf of Defendant Erick Wayne Grissom in the above referenced case.

                Respectfully submitted,


                _____/s/_____
                Joel R. Zuckerman, D.C. Bar No. 480152
                James S. Maxwell, D.C. Bar No. 226845
                Maxwell & Barke LLC
                51 Monroe Place, Suite 806
                Rockville, Maryland 20850
                (301) 309-8300

                Attorneys for defendant
                Erick Wayne Grissom