U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA        :

V.                              :
                                      Case No.   CR-08-210
                                :
                                                        **FILED**
ERICK WAYNE GRISSOM             :                       AUG 1 4 2008
                          **ORDER**
                                                    NANCY MAYER WHITTINGTON, CLERK
                                                          U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __14th__ day of __August, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on August 15, 2008 by __Special Agent Ryan Bauernschmidt__ to the Central Cell Block of the Metropolitan Police Department, ~~to the United States Marshal's Office and to~~ _or the First District Police Station of Metropolitan Police Department_ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __the United States Department of State Diplomatic Security Service__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_[signature]_
Judge (U.S. Magistrate)

_Court_
~~DEFENSE COUNSEL~~

DOJ USA-16-80